FILED

Mario DiSalvo, Esq. SBN 199113
Attorney at Law
1060 Fulton Mall, Suite 1004
Fresno, California 93721
Phone (559) 442-1552
Facsimile (559) 442-156

2005 OCT 27 A 11: 06

CLERK, US DIST. COURT
E                    CALIF

BY

Attorney for Enrique Valencia Caratachea

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| UNITED STATES OF AMERICA | ) CASE NO. 05 CR.F. 0357 OWW |
|---|---|
| Plaintiff, | ) |
| | ) SUBSTITUTION OF ATTORNEY |
| vs. | ) |
| ENRIQUE VALENCIA CARATACHEA | ) |
| Defendant. | ) |

COMES NOW defendant, ENRIQUE VALENCIA CARATACHEA, and hereby requests to allow MARIO DISALVO, 1060 Fulton Mall, Suite 411, Fresno Ca. 93721, telephone(559) 442-1552, fax (559) 442-1567; to substitute-in as his attorney of record, in place of the Federal Defender's Office.

I agree to the above association
Dated:_____

Enrique Caratachea,
ENRIQUE V. CARATACHEA

I agree the above association
Dated: 10-17-05

MARIO DISALVO, ESQ.

I agree the above association
Dated: 10-18-05

FEDERAL DEFENDER

IT IS SO ORDERED:
Dated: 10-25-05

UNITED STATES DISTRICT COURT